UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   Plaintiff,

v.                                                                    Case No. 3:21-cv-1066

The UNITED STATES OF AMERICA;
et. al,

   Defendants.

_____

# NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that all Defendants appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Opinion and Order of March 8, 2023, ECF No. 157, and Judgment, ECF No. 158, as well as any and all associated opinions and orders.

| | |
|---|---|
| Date: May 5, 2023 | Respectfully submitted, |
| | |
| JASON R. COODY | BRIAN M. BOYNTON |
| *United States Attorney* | *Principal Deputy Assistant Attorney General* |
| | |
| MARIE A. MOYLE | WILLIAM C. PEACHEY |
| *Assistant United States Attorney* | *Director* |
| Northern District of Florida | Office of Immigration Litigation |
| | District Court Section |
| | |
| | EREZ REUVENI |
| | *Assistant Director* |
| | |
| | /s/ *Joseph A. Darrow* |
| | JOSEPH A. DARROW |
| | ERIN T. RYAN |
| | ELISSA FUDIM |
| | *Trial Attorneys* |
| | U.S. Department of Justice |
| | Civil Division |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | Tel.: (202) 598-7537 |
| | Joseph.a.darrow@usdoj.gov |
| | |
| | *Counsel for Defendants* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division
