# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

                                                  Plaintiff-Appellee
                                                  Cross Appellant,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

                                                  Defendants-Appellants
                                                  Cross Appellees.

2          Order of the Court          23-11528

_____

No. 23-11644

_____

STATE OF FLORIDA,

                                        Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES,

                                        Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket Nos. 3:21-cv-01066-TKW-ZCB,
3:23-cv-09962-TKW-ZCB

_____

23-11528               Order of the Court                3

Before JILL PRYOR, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

Defendants-Appellees-Cross-Appellees' motions to consolidate and to expedite the appeal are **GRANTED**.

Defendants-Appellees-Cross-Appellees have also filed a motion to stay the following two orders of the district court pending their appeal: (1) the March 8, 2023, order that vacated the Department of Homeland Security's ("DHS") Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations; and (2) the May 16, 2023, order that enjoined DHS's Parole with Conditions in Limited Circumstances Prior to the Issuance of a Charging Document memorandum. Plaintiff-Appellant-Cross-Appellant is **ORDERED** to file a response to the motion to stay by 5:00 p.m. EST on Wednesday, May 24, 2023.