UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 24, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-11528-C ; 23-11644 -G
Case Style: State of Florida v. USA, et al
District Court Docket No: 3:21-cv-01066-TKW-ZCB

# EXPEDITED APPEAL

This appeal is EXPEDITED. See 11th Cir. R. 31-4. The parties shall comply with the following briefing schedule:

- The appellant must serve and file a brief within 21 days after 5/20/2023. The appellant must file an appendix within 7 days after filing the appellant's brief. An incarcerated pro se party is not required to file an appendix.

- The appellee must serve and file a brief within 14 days after the appellant's brief is served. If filing an appendix, the appellee must file the appendix within 7 days after filing the appellee's brief.

- The appellant may serve and file a reply brief within 7 days after service of the appellee's brief.

No extensions of time will be granted by the clerk. See 11th Cir. R. 31-2(a). This is the only notice you will receive concerning the due dates for briefs and appendices. Please consult the Federal Rules of Appellate Procedure, the Eleventh Circuit Rules and Internal Operating Procedures, and the Eleventh Circuit Guide to Electronic Filing for further information and filing requirements.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's website.

Counsel of record as well as non-incarcerated pro se parties who have elected to use the court's ECF system must file briefs electronically using the ECF system. See 11th Cir. R. 25-3. Use of the ECF system does not modify the requirement that filers must provide to the court the

required number of paper copies of a brief, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case. One originally signed brief and three copies (total of 4) shall be filed in all appeals, except that pro se parties proceeding in forma pauperis may file one originally signed brief and three copies (total of 4). See 11th Cir. R. 31-3.

FRAP 26.1 and the accompanying circuit rules on the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) provide that: (1) every party and amicus curiae must include a CIP within every motion, petition, brief, answer, response, and reply filed; (2) in addition, appellants and petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; and (3) within 14 days after filing of the appellants' and petitioners' CIP, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a notice either indicating that the CIP is correct and complete, or adding any interested persons or entities omitted from the CIP.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-11 Expedited Briefing Notice