Nos. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

S<span>TATE OF</span> F<span>LORIDA</span>,

                                        *Plaintiff-Appellee/Cross-Appellant*,

v.

U<span>NITED</span> S<span>TATES OF</span> A<span>MERICA, ET AL.</span>,

                                        *Defendants-Appellants/Cross-Appellees*.

**APPELLEE/CROSS-APPELLANT'S  
CERTIFICATE OF INTERESTED PERSONS  
AND CORPORATE DISCLOSURE STATEMENT**

O<span>N</span> A<span>PPEAL FROM THE</span>  
U<span>NITED</span> S<span>TATES</span> D<span>ISTRICT</span> C<span>OURT</span>  
<span>FOR THE</span> N<span>ORTHERN</span> D<span>ISTRICT OF</span> F<span>LORIDA</span>  
N<span>OS</span>. 3:21-<span>CV</span>-1066, 3:23-<span>CV</span>-9962

A<span>SHLEY</span> M<span>OODY</span>  
  *Attorney General of Florida*

H<span>ENRY</span> C. W<span>HITAKER</span>  
  *Solicitor General*  
D<span>ANIEL</span> W. B<span>ELL</span>  
  *Chief Deputy Solicitor General*  
D<span>ARRICK</span> W. M<span>ONSON</span>  
  *Assistant Solicitor General*  
J<span>AMES</span> H. P<span>ERCIVAL</span>  
  *Chief of Staff*  
N<span>ATALIE</span> P. C<span>HRISTMAS</span>  
J<span>OSEPH</span> E. H<span>ART</span>  
  *Counselors to the Attorney General*

Office of the Attorney General  
PL-01, The Capitol  
Tallahassee, FL 32399-1050  
(850) 414-3300  
(850) 410-2672 (fax)  
*henry.whitaker@myfloridalegal.com*

*Florida v. United States*
Nos. 23-11528, 23-11644

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellee/Cross-Appellant certifies to the best of its knowledge that the following is a complete list of interested persons:

Bell, Daniel

Boynton, Brian M.

Brodeen, Karen

Christmas, Natalie

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garland, Merrick

C-1 of 3

Guard, John

Hart, Joseph E.

Immigration Reform Law Institute

Jaddou, Ur M.

Johnson, Tae D.

Knudsen, Austin

Landry, Jeff

Marshall, Stephen

Mayorkas, Alejandro

Miller, Troy

Minot, Martin J.

Moody, Ashley

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Ortiz, Raul

Patel, Anita

Peachey, William C.

Percival, James H. II

Reuveni, Erez R..

Reyes, Sean D.

Ryan, Erin

State of Florida

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Ward, Brian C.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Whitaker, Henry C.

USCA11 Case: 23-11528

Dated: June 1, 2023                    Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

*/s/ Henry C. Whitaker*

JAMES H. PERCIVAL                     HENRY C. WHITAKER
  *Chief of Staff*                      *Solicitor General*
NATALIE P. CHRISTMAS                  DANIEL W. BELL
JOSEPH E. HART                          *Chief Deputy Solicitor General*
  *Counselors to the Attorney General* DARRICK W. MONSON
                                                           *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2023, I electronically filed this brief with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all parties in the case who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General
