Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-11528

**Caption:**
State of Florida v. USA, et al.

District and Division: Northern District of Florida, Pensacola Division
Name of Judge: T. Kent Wetherell II
Nature of Suit: Administrative Procedure Act challenge to agency action
Date Complaint Filed: September 28, 2021
District Court Docket Number: 3:21-cv-1066
Date Notice of Appeal Filed: May 16, 2023
☑ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes  ☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Henry C. Whitaker<br>Daniel W. Bell<br>Darrick W. Monson<br>James H. Percival II<br>Natalie P. Christmas<br>Joseph E. Hart | Office of the Attorney General<br>PL-01, The Capitol<br>Tallahassee, FL 32399 | Ph. 850-414-3300<br>henry.whitaker@myfloridalegal.com |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Joseph A. Darrow<br>Elissa P. Fudim<br>Erin T. Ryan<br>Erez Reuveni | PO Box 868<br>Ben Franklin Station<br>Washington, D.C. 20044 | Ph. 202-598-7537<br>joseph.a.darrow@usdoj.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☑ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $0<br>Amount Sought by Defendant: $0<br>Awarded: $0 to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted  ☐ Denied |

Page 2                                                                                               11th Circuit Docket Number: 23-11528

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes  ☐ No
    What is the issue you claim is one of First Impression? Whether DHS's non-detention policy is reviewable under the APA

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes  ☐ No

   If Yes, provide
   (a) Case Name/Statute 5 U.S.C. § 704; 5 U.S.C. § 551(13)
   (b) Citation
   (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes  ☑ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes  ☐ No

   If Yes, provide
   (a) Case Name State of Florida v. Alejandro Mayorkas, et al.
   (b) Citation
   (c) Docket Number if unreported No. 23-11644
   (d) Court or Agency U.S. Court of Appeals for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
   (b) Among circuits?  ☐ Yes  ☑ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   (1) Whether Defendants' policy directing immigration officials to detain only aliens determined to be a public-safety or flight risk pending removal proceedings constitutes final agency action subject to judicial review under the Administrative Procedure Act

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  1  DAY OF  June , 2023 .

Henry C. Whitaker                                                                /s Henry C. Whitaker
NAME OF COUNSEL (Print)                                                          SIGNATURE OF COUNSEL