# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellee
　　　　　　　　　　　　　　　　　　　　Cross Appellant,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

2                              Order of the Court                              23-11528

                                                          Defendants-Appellants
                                                             Cross Appellees.

_____

No. 23-11644

_____

STATE OF FLORIDA,

                                                              Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES OF AMERICA,

                                                          Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket Nos. 3:21-cv-01066-TKW-ZCB,
3:23-cv-09962-TKW-ZCB

_____

23-11528 Order of the Court 3

ORDER:

The pending motions for leave to file an amicus brief are GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION