No. 23-11528

# In the United States Court of Appeals for the Eleventh Circuit

STATE OF FLORIDA,

*Plaintiff-Appellee/Cross-Appellant*,

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants-Appellants/Cross-Appellees*.

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS CROSS-APPEAL**

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
NO. 3:21-CV-1066

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

ASHLEY MOODY
  *Attorney General of Florida*

HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*
JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
JOSEPH E. HART
  *Counselors to the Attorney General*

*Florida v. United States*
No. 23-11528

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff-Appellee/Cross-Appellant certifies to the best of its knowledge that the following is a complete list of interested persons:

Bell, Daniel

Boynton, Brian M.

Brodeen, Karen

Christmas, Natalie

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

Fabian, Sarah B.

Faruqui, Bilal A.

Florida Office of the Attorney General

Fudim, Elissa P.

Garland, Merrick

Guard, John

Hart, Joseph E.

Immigration Reform Law Institute

Jaddou, Ur M.

Johnson, Tae D.

Mayorkas, Alejandro

Miller, Troy

Moody, Ashley

Monson, Darrick

Moyle, Marie A.

Ortiz, Raul

Patel, Anita

Peachey, William C.

Percival, James H. II

Reuveni, Erez R.

Ryan, Erin

State of Florida

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Ward, Brian C.

Wetherell, T. Kent II

Wilson, Sarah

Whitaker, Henry C.

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS CROSS-APPEAL

Cross-Appellant the State of Florida moves to voluntarily dismiss its cross-appeal under Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1(a), with each party bearing its own fees and costs. Cross-Appellees do not oppose.

Dated: June 9, 2023

Respectfully submitted,

ASHLEY MOODY
  *Attorney General of Florida*

JAMES H. PERCIVAL
  *Chief of Staff*
NATALIE P. CHRISTMAS
JOSEPH E. HART
  *Counselors to the Attorney General*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com

*Counsel for the State of Florida*

1

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27 because it contains 42 words.

2.    This document complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27, Federal Rule of Appellate Procedure 32(a)(5), and Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on June 9, 2023, I electronically filed this brief with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all parties in the case who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General
