## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 07, 2023

Elissa Fudim
DOJ-CIV
Office of Immigration Litigation, District Court Section
PO BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044

Appeal Number: 23-11528-C ; 23-11644 -C
Case Style: State of Florida v. USA, et al
District Court Docket No: 3:21-cv-01066-TKW-ZCB

The brief you filed in the referenced appeal is deficient because you have not included the required item(s) noted below:

Please upload your Reply Brief in Case 23-11644. The parties shall file all documents including briefs and appendices in this consolidated appeal in case no. 23-11528 and 23-11644.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

BR-8 Brief deficiency ltr