# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 11, 2023

Daniel William Bell
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Natalie Christmas
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Joseph Edward Hart
Office of the Attorney General
PL-01 - The Capitol
400 S MONROE ST
TALLAHASSEE, FL 32399-1050

Darrick Monson
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

James Hamilton Percival II
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Henry Charles Whitaker
Office of the Attorney General
PL-01 THE CAPITOL
107 W GAINES ST
TALLAHASSEE, FL 32399-1050

Appeal Number: 23-11528-C  ; 23-11644 -C
Case Style:  State of Florida v. USA, et al
District Court Docket No:  3:21-cv-01066-TKW-ZCB

The enclosed copy of this Court's Order of Dismissal for the CROSS APPEAL is issued as the mandate of this court. <u>See</u> 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

<u>Clerk's Office Phone Numbers</u>

| | | |
|---|---|---|
| General Information: 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter