Nos. 23-11528, 23-11644

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**STATE OF FLORIDA,**

                                  **Plaintiff-Appellee**
                                  **Cross Appellant,**

v.

**UNITED STATES OF AMERICA, et al.,**

                                  **Defendants-Appellants**
                                  **Cross Appellees.**

**On Appeal from the United States District Court
for the Northern District of Florida
Nos. 3:21-cv-01066-TKW-ZCB, 3:23-cv-09962-TKW-ZCB**

**UNOPPOSED MOTION OF IMMIGRATION REFORM LAW
INSTITUTE TO FILE A STANDALONE CIP OUT OF TIME**

                                  **Matt A. Crapo**
                                  **Immigration Reform Law Institute**
                                  **25 Massachusetts Ave., NW, Suite 335**
                                  **Washington, DC 20001**
                                  **Telephone: (202) 232-5590**

                                  **Attorney for *Amicus Curiae***

*Florida v. United States*
Nos. 23-11528, 23-11644

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-2, *amicus curiae* Immigration Reform Law Institute certifies to the best of its knowledge that, in addition to those persons identified by other parties, the following is a complete list of interested persons:

- Crapo, Matt A., attorney for *amicus curiae* Immigration Reform Law Institute

- Hajec, Christopher J., attorney for *amicus curiae* Immigration Reform Law Institute

- Immigration Reform Law Institute, *amicus curiae*

DATED: September 13, 2023               Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Attorney for *Amicus Curiae*

C-1

## STATEMENT OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-2 and Fed. R. App. P. 26.1, *amicus curiae* Immigration Reform Law Institute makes the following disclosures:

1) For non-governmental corporate parties please list all parent corporations: None.

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock: None.

DATED: September 13, 2023         Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Attorney for *Amicus Curiae*

Movant Immigration Reform Law Institute ("IRLI") respectfully requests the Court's permission to file the attached stand-alone Certificate of Interested Persons (CIP) out of time.

IRLI included a list of all interested persons in its *amicus* brief filed on June 29, 2023, but failed to timely file a stand-alone CIP with the Court. Upon notice of this deficiency, IRLI seeks leave to file the attached CIP out-of-time. I have reached out to both parties, and both Plaintiff-Appellees and Defendant-Appellants have informed me that they do not oppose this motion.

For the foregoing reasons, IRLI asks the Court to grant this unopposed motion and accept for filing the attached stand-alone CIP.

DATED: September 13, 2023      Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590

Attorney for *Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 107 words, as measured by Microsoft Word software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) & 32(a)(6) because it has been prepared in a proportionally spaced, Roman-style typeface of 14 points or more.

DATED: September 13, 2023          Respectfully submitted,

/s/ Matt Crapo
Matt A. Crapo

# CERTIFICATE OF SERVICE

I certify that on September 13, 2023, I electronically filed the foregoing motion and attached CIP the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                Respectfully submitted,

                /s/ Matt Crapo
                Matt A. Crapo