*State of Florida* v. *United States of America*,
Nos. 23-11528 & 23-11644

### Certificate of Interested Persons and
### Corporate Disclosure Statement

In accordance with Federal Rule of Appellate Proce-
dure 26.1(a) and 11th Cir. R. 26.1-1(a)(1) & 26.1-2(b), amici
curiae identified below make the following disclosures, and
certify that the following additional persons and entities
may have an interest in the outcome of this case:

### Amici Curiae
### Legal Service Providers for Cuban Refugee Diaspora

1.    Americans for Immigrant Justice, Inc., a Florida
Not for Profit Corporation:

- no parent corporations

- no publicly held corporations own 10% or more of
  the entity's stock

2.    Canizares Law Group LLC, a Florida Limited Li-
ability Company:

- no parent corporations

- no publicly held corporations own 10% or more of
  the entity's stock

3.    Catholic Charities Legal Services, Archdiocese of

*State of Florida* v. *United States of America*,
Nos. 23-11528 & 23-11644

Miami, Inc., a Florida Not for Profit Corporation:

- Archbishop Thomas G. Wenski is the Corporation Sole

- no parent corporations aggregate

- no publicly held corporations own 10% or more of the entity's stock

4.    Garcia, Miranda & Gonzalez-Rua, P.A., a Florida

Profit Corporation:

- no parent corporations

- no publicly held corporations own 10% or more of the entity's stock

5.    Gurian Group, P.A., a Florida Profit Corporation:

- no parent corporations

- no publicly held corporations own 10% or more of the entity's stock

6.    Prada, Mark Andrew, Prada Urizar Dominguez,

PLLC, Miami, FL — counsel for amici curiae

<u>s/ Mark Andrew Prada</u>
Prada Urizar Dominguez, PLLC

*Counsel for Amici Curiae*

*State of Florida* v. *United States of America*,
Nos. 23-11528 & 23-11644

## Certificate of Service

I certify that, on September 13, 2023, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system.   I further certify that all participants in the case are registered CM/ECF users and that service will therefore be accomplished through the appellate CM/ECF system.

s/ Mark Andrew Prada
Prada Urizar Dominguez, PLLC

*Counsel for Amici Curiae*