# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

                                                      Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

                                                  Defendants-Appellants.

_____

2                           Order of the Court                           23-11528

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:21-cv-01066-TKW-ZCB

_____

_____

No. 23-11644

_____

STATE OF FLORIDA,

                                                                                Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES OF AMERICA,

                                                                                 Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-09962-TKW-ZCB

_____

ORDER:

23-11528               Order of the Court                3

Amici Curiae Americans for Immigrant Justice, Canizares Law Group LLC, Catholic Charities Legal Services, Garcia, Miranda & Gonzales-Rua, P.A., and Gurian Group, P.A.'s Motion for Leave to Participate in Oral Argument and request to be given 6 minutes of argument time is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION