UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| STATE OF FLORIDA, *Plaintiff-Appellee*, v. UNITED STATES OF AMERICA, ET AL., *Defendants-Appellants*. | Nos. 23-11528, 23-11644 |

**JOINT MOTION FOR EXTENSION
OF TIME TO FILE SUPPLEMENTAL BRIEFS**

The parties hereby move under Federal Rule of Appellate Procedure 26(b) for a 14-day extension of time to file supplemental briefs as ordered by the Court. *See* Doc. 87 in 23-11528, Doc. 70 in 23-11644.

1. On April 8, 2024, the Court ordered the parties to file supplemental briefs within 14 days on whether Florida has standing "[i]n light of *United States v. Texas*, 599 U.S. 670 (2023)." Doc. 87 in 23-11528, Doc. 70 in 23-11644 at 3.

2. "For good cause, the court may extend the time prescribed . . . by its order . . . ." Fed. R. App. P. 26(b).

3. The parties have good cause to seek an extension here. The Supreme Court decided *United States v. Texas* on June 23, 2023. Because of the expedited briefing schedule in this case, Florida had only three days to modify its draft brief before its June 26 filing deadline, and the United States had only an additional seven days to address the case in its reply brief.

1

4. The Court has now asked for further briefing on that case, and has allowed each party up to 8,000 words, which is more than the words allowed in a reply brief.

5. An additional two weeks will assist the parties in briefing the effects of *United States v. Texas* in the most comprehensive manner.

The parties respectfully request that the Court extend the time to file supplemental briefs to May 6, 2024.

Dated: April 12, 2024

BRIAN M. BOYNTON
   *Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
   *Director*
EREZ REUVENI
   *Counsel*
BRIAN C. WARD
   *Senior Litigation Counsel*

*/s/ Erin T. Ryan*
ERIN T. RYAN
JOSEPH A. DARROW
ELISSA P. FUDIM
   *Trial Attorneys*
U.S. Dep't of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
erin.t.ryan@usdoj.gov

*Counsel for Defendants-Appellants*

Respectfully submitted,

ASHLEY MOODY
   *Attorney General of Florida*

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
   *Solicitor General*
DANIEL W. BELL
   *Chief Deputy Solicitor General*
DARRICK W. MONSON
   *Assistant Solicitor General*

JAMES H. PERCIVAL
   *Chief of Staff*
NATALIE P. CHRISTMAS
   *Counselor to the Attorney General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Plaintiff-Appellee*

*Florida v. United States*
*Nos. 23-11528, 23-11644*

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

The parties certify to the best of their knowledge that the following is a complete list of interested persons:

Americans for Immigrant Justice, Inc.

Bailey, Andrew

Bell, Daniel

Bird, Brenna

Boynton, Brian M.

Brodeen, Karen

Butler, Steven

Cameron, Daniel

Canizares Law Group LLC

Carr, Christopher M.

Catholic Charities Legal Services, Archdiocese of Miami, Inc.

Christmas, Natalie

Commonwealth of Kentucky

Commonwealth of Virginia

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

Drummond, Genter F.

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garcia, Miranda & Gonzalez-Rua, P.A

Garland, Merrick

Griffin, Tim

Guard, John

Gurian Group, P.A.

Hilgers, Michael T.

Hill, Bridget

Hudak, Matthew

Immigration Reform Law Institute

Jaddou, Ur M.

Jackley, Marty J.

Johnson, Tae D.

Knudsen, Austin

Kobach, Kris

Labrador, Raúl

Landry, Jeff

Marshall, Stephen

Mayorkas, Alejandro

Miller, Troy

Minot, Martin J.

Miyares, Jason S.

Moody, Ashley

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Owens, Jason

Patel, Anita

Peachey, William C.

Percival, James H. II

Prada, Mark A.

Reuveni, Erez R.

Reyes, Sean D.

Rokita, Theodore E.

Ryan, Erin

State of Alabama

State of Alaska

State of Arkansas

State of Florida

State of Georgia

State of Idaho

State of Indiana

State of Iowa

State of Kansas

State of Louisiana

State of Mississippi

State of Missouri

State of Montana

State of Nebraska

State of North Dakota

State of Ohio

State of Oklahoma

State of South Carolina

State of South Dakota

State of Utah

State of West Virginia

State of Wyoming

Taylor, Treg

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Ward, Brian C.

Wenski, Thomas G.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Whitaker, Henry C.

Wrigley, Drew

Yost, Dave

## CERTIFICATE OF COMPLIANCE

1. This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains 253 words.

2. This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27, 32(a)(5), and 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

*/s/ Henry C. Whitaker*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on April 12, 2024, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General