# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

                                                      Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

                                                Defendants-Appellants.

_____

2                      Order of the Court                      23-11528

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:21-cv-01066-TKW-ZCB

_____

_____

No. 23-11644

_____

STATE OF FLORIDA,

                                                         Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES OF AMERICA,

                                                         Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-09962-TKW-ZCB

_____

ORDER:

23-11528  Order of the Court  3

The parties' joint motion for an extension of time to and including May 6, 2024, to file supplemental briefs is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION