No. 23-11528, 23-11644

# In the United States Court of Appeals for the Eleventh Circuit

―――――――――――――――――――

STATE OF FLORIDA,

*Plaintiff–Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants–Appellants.*

―――――――――――――――――――

**MOTION TO WITHDRAW AS COUNSEL**

―――――――――――――――――――

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Nos. 3:21-cv-1066, 3:23-cv-9962

―――――――――――――――――――

ASHLEY MOODY
*Attorney General of Florida*

HENRY C. WHITAKER
*Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*henry.whitaker@myfloridalegal.com*

DANIEL W. BELL
*Chief Deputy Solicitor General*
DARRICK W. MONSON
*Assistant Solicitor General*
NATALIE P. CHRISTMAS
*Senior Counselor*

*Counsel for Plaintiff-Appellee*

*Florida v. United States*
*Case Nos. 23-11528, 23-11644*

# CERTIFICATE OF INTERESTED PERSONS

Appellee certifies that, to the best of its knowledge, the following is a complete list of interested persons:

1. Americans for Immigrant Justice, Inc.

2. Bailey, Andrew

3. Bell, Daniel

4. Bird, Brenna

5. Boynton, Brian M.

6. Brodeen, Karen

7. Butler, Steven

8. Cameron, Daniel

9. Canizares Law Group LLC

10. Carr, Christopher M.

11. Catholic Charities Legal Services, Archdiocese of Miami, Inc.

12. Christmas, Natalie

13. Commonwealth of Kentucky

14. Commonwealth of Virginia

*Florida v. United States*
*Case Nos. 23-11528, 23-11644*

15.    Coody, Jason R.

16.    Crapo, Matt A.

17.    Darrow, Joseph A.

18.    Drummond, Genter F.

19.    Fabian, Sarah B.

20.    Faruqui, Bilal A.

21.    Ferguson, Andrew N.

22.    Fitch, Lynn

23.    Florida Office of the Attorney General

24.    Fudim, Elissa P.

25.    Gallagher, Kevin M.

26.    Garcia, Miranda & Gonzalez-Rua, P.A

27.    Garland, Merrick

28.    Griffin, Tim

29.    Guard, John

30.    Gurian Group, P.A.

31.   Hilgers, Michael T.

32.   Hill, Bridget

33.   Hudak, Matthew

34.   Immigration Reform Law Institute

35.   Jaddou, Ur M.

36.   Jackley, Marty J.

37.   Johnson, Tae D.

38.   Knudsen, Austin

39.   Kobach, Kris

40.   Labrador, Raúl

41.   Landry, Jeff

42.   Marshall, Stephen

43.   Mayorkas, Alejandro

44.   Miller, Troy

45.   Minot, Martin J.

46.   Miyares, Jason S.

*Florida v. United States*
*Case Nos. 23-11528, 23-11644*

47.     Moody, Ashley

48.     Monson, Darrick

49.     Morrisey, Patrick

50.     Moyle, Marie A.

51.     Owens, Jason

52.     Patel, Anita

53.     Peachey, William C.

54.     Percival, James H. II

55.     Prada, Mark A.

56.     Reuveni, Erez R.

57.     Reyes, Sean D.

58.     Rokita, Theodore E.

59.     Ryan, Erin

60.     State of Alabama

61.     State of Alaska

62.     State of Arkansas

*Florida v. United States*
*Case Nos. 23-11528, 23-11644*

63.    State of Florida

64.    State of Georgia

65.    State of Idaho

66.    State of Indiana

67.    State of Iowa

68.    State of Kansas

69.    State of Louisiana

70.    State of Mississippi

71.    State of Missouri

72.    State of Montana

73.    State of Nebraska

74.    State of North Dakota

75.    State of Ohio

76.    State of Oklahoma

77.    State of South Carolina

78.    State of South Dakota

79.  State of Utah

80.  State of West Virginia

81.  State of Wyoming

82.  Taylor, Treg

83.  United States of America

84.  U.S. Attorney's Office, Northern District of Florida

85.  U.S. Citizenship and Immigration Services

86.  U.S. Customs and Border Protection

87.  U.S. Department of Homeland Security

88.  U.S. Immigration and Customs Enforcement

89.  U.S. Department of Justice, Civil Division

90.  Ward, Brian C.

91.  Wenski, Thomas G.

92.  Wetherell, T. Kent II

93.  Wilson, Alan

94.  Wilson, Sarah

*Florida v. United States*
*Case Nos. 23-11528, 23-11644*

95.    Whitaker, Henry C.

96.    Wrigley, Drew

97.    Yost, Dave

## MOTION TO WITHDRAW AS COUNSEL

I, Henry C. Whitaker, respectfully request leave to withdraw as counsel for Plaintiff-Appellee, the State of Florida. I will be leaving the Office of the Attorney General on January 17, 2025. The Plaintiff-Appellee will continue to be represented by Daniel Bell, Darrick Monson and Natalie Christmas.

Dated: January 16, 2025

Respectfully submitted,

ASHLEY MOODY
Attorney General of Florida

*/s/ Henry C. Whitaker*
HENRY C. WHITAKER
  *Solicitor General*
DANIEL W. BELL
  *Chief Deputy Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*
NATALIE P. CHRISTMAS
  *Senior Counselor*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
(850) 410-2672 (fax)
*henry.whitaker@myfloridalegal.com*

*Counsel for Plaintiff-Appellee*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 16th, 2025, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Henry C. Whitaker*
Solicitor General