No. 23-11528

# In the United States Court of Appeals for the Eleventh Circuit

STATE OF FLORIDA,

*Plaintiff–Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

*Defendants–Appellants.*

**MOTION TO WITHDRAW AS COUNSEL**

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 3:21-CV-1066, 3:23-CV-9962

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 414-2672 (fax)
*natalie.christmas@myfloridalegal.com*

JAMES UTHMEIER
  *Attorney General*

JEFFREY P. DESOUSA
  *Acting Solicitor General*
DARRICK W. MONSON
  *Assistant Solicitor General*
NATALIE P. CHRISTMAS
  *Senior Counselor*

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. Rule 26.1-2(b), I certify that I am not aware of persons or entities with an interest in the outcome of this appeal that have been omitted from the Certificate of Interested Persons contained in the opening brief or in any other brief filed.

C-1

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528*

## MOTION TO WITHDRAW AS COUNSEL

I, Natalie P. Christmas, respectfully request leave to withdraw as counsel for plaintiff-appellee, State of Florida. I will be leaving the office of the attorney general in the coming weeks. The plaintiff-appellee will continue to be represented by Darrick Monson.

*Florida v. United States, et al.*
*Eleventh Circuit Case No.'s 23-11528*

Dated: February 21, 2025

Respectfully submitted,

JAMES UTHMEIER
  *Attorney General*

JEFFREY P. DESOUSA
  *Acting Solicitor General*

*/s/ Natalie P. Christmas*
NATALIE P. CHRISTMAS
  *Senior Counselor*
DARRICK W. MONSON
  *Assistant Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
(850) 410-2672 (fax)
*natalie.christmas@myfloridalegal.com*

*Counsel for Plaintiff-Appellee*

2

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the length limitations in Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the part exempted by Federal Rule of Appellate Procedure 32(f), it contains 40 words.

2. This document complies with the typeface and type-style requirements in Federal Rule of Appellate Procedure 27(d), Federal Rule of Appellate Procedure 32(a)(5), and Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface in 14-point Garamond font using Microsoft Word.

*/s/ Natalie P. Christmas*
Senior Counselor

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2025, I electronically filed this Motion to Withdraw with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Natalie P. Christmas*
Senior Counselor

4