# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-11528

STATE OF FLORIDA,

                                              Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,

ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

                                              Defendants-Appellants.

2  Order of the Court  23-11528

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:21-cv-01066-TKW-ZCB

———————————

———————————

No. 23-11644

———————————

STATE OF FLORIDA,

                                                            Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES OF AMERICA,

                                                            Defendants-Appellants.

———————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-09962-TKW-ZCB

———————————

ORDER:

23-11528               Order of the Court                3

      Motion to withdraw as counsel filed by Attorney Natalie Christmas for Appellee State of Florida is GRANTED.

DAVID J. SMITH  
Clerk of the United States Court of  
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION