In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER
PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES,
SECRETARY, et al.,

Defendants-Appellants.

_____

2                    Order of the Court                    23-11528

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:21-cv-01066-TKW-ZCB

_____

_____

No. 23-11644

_____

STATE OF FLORIDA,

Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES OF AMERICA,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-09962-TKW-ZCB

_____

ORDER:

23-11528              Order of the Court              3

The joint motion to stay the appeals is GRANTED in part.

The above-reference appeals are held in abeyance until August 29, 2025.  By August 29, 2025, the parties are to file either a motion to voluntarily dismiss the appeal due to a settlement as the parties have noted in their motion to the Court, or their respective supplemental briefs on whether this appeal is moot as directed in the Court's June 4, 2025 Order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION