Nos. 23-11528, 23-11644

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

───────────────

STATE OF FLORIDA,

                        Plaintiff-Appellee,

v.

ALEJANDRO MAYORKAS, Secretary
of Homeland Security, in his official
capacity; et al.,

                        Defendants-Appellants.

───────────────

On Appeal from the United States District Court
for the Northern District of Florida

───────────────

**NOTICE OF ATTORNEY WITHDRAWAL**

───────────────

Undersigned counsel hereby notifies the Court of the withdrawal of Erin Ryan, Erez Reuveni, and Joe Darrow as counsel of record for the Defendants in this matter. These attorneys no longer work for the U.S. Department of Justice. Undersigned counsel, Elissa P. Fudim, previously entered her appearance and will continue to represent the Defendants in this matter.

July 9, 2025                                              Respectfully submitted,

/s/ *Elissa Fudim*
Elissa P. Fudim
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-6073
Elissa.p.fudim@usdoj.gov

*Counsel for Defendants*