# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

STATE OF FLORIDA,

    *Plaintiff-Appellee,*

v.

UNITED STATES OF AMERICA, ET AL.,

    *Defendants-Appellants.*

Nos. 23-11528, 23-11644

## JOINT MOTION TO DISMISS APPEAL

The parties hereby jointly move the Court to dismiss this consolidated appeal of two district court orders: *Florida v. United States*, 660 F.Supp.3d 1239 (N.D. Fla. Mar. 8, 2023) (Wetherell, J.) and *Florida v. United States*, 3:23-cv-9962, 672 F.Supp.3d 1206 (N.D. Fla. May 11, 2023) (Wetherall, J.). As the Court is aware, these consolidated appeals concern two challenges by the State of Florida to two Biden Administration immigration policies. The appeals were fully briefed on July 3, 2023, and orally argued before this Court on January 26, 2024. The parties filed supplemental briefs on standing on May 6, 2024.

President Trump has since taken office and directed the Department of Homeland Security to reexamine certain immigration policies from the previous administration. *See* Exec. Order 14165, *Securing Our Borders*, 90 Fed. Reg. 8467 (Jan. 20, 2025). On June 23, 2025, the parties advised the Court that Florida had proposed a resolution of this case to the Defendants, and the parties jointly sought to hold this case in abeyance.

1

Dkt. No. 109. On June 26, 2025, this Court granted in part the parties' motion, ordering that "[t]he above-reference appeals are held in abeyance until August 29, 2025. By August 29, 2025, the parties are to file either a motion to voluntarily dismiss the appeal due to a settlement as the parties have noted in their motion to the Court, or their respective supplemental briefs on whether this appeal is moot." Dkt. No. 110.

In response to the Court's June 26 Order, the parties hereby move to voluntarily dismiss this appeal.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted, |
| BRETT A. SHUMATE<br>*Assistant Attorney General* | JAMES UTHMEIER<br>*Attorney General of Florida* |
| YAAKOV M. ROTH<br>*Principal Deputy Assistant Attorney General* | */s/ Darrick W. Monson*<br>Jeffrey Paul DeSousa<br>*Acting Solicitor General*<br>DARRICK W. MONSON<br>*Deputy Solicitor General* |
| DREW C. ENSIGN<br>*Deputy Attorney General* | Office of the Attorney General<br>The Capitol, PL-01 |
| BRIAN C. WARD<br>*Acting Assistant director* | Tallahassee, Florida 32399<br>(850) 414-3300<br>darrick.monson@myfloridalegal.com |
| */s/Elissa P. Fudim*<br>ELISSA P. FUDIM<br>*Trial Attorney*<br>U.S. Dep't of Justice, Civil Division<br>Office of Immigration Litigation,<br>General Litigation and Appeals<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | *Counsel for Plaintiff-Appellee* |
| *Counsel for Defendants-Appellants* | |

*Florida v. United States*
*Nos. 23-11528, 23-11644*

# CERTIFICATE OF INTERESTED PERSONS AND
# CORPORATE DISCLOSURE STATEMENT

The parties certify to the best of their knowledge that the following is a complete list of interested persons:

Americans for Immigrant Justice, Inc.

Bailey, Andrew

Bell, Daniel

Bird, Brenna

Boynton, Brian M.

Brodeen, Karen

Butler, Steven

Cameron, Daniel

Canizares Law Group LLC

Carr, Christopher M.

Catholic Charities Legal Services, Archdiocese of Miami, Inc.

Christmas, Natalie

Commonwealth of Kentucky

Commonwealth of Virginia

Coody, Jason R.

Crapo, Matt A.

Darrow, Joseph A.

Drummond, Genter F.

Fabian, Sarah B.

Faruqui, Bilal A.

Ferguson, Andrew N.

Fitch, Lynn

Florida Office of the Attorney General

Fudim, Elissa P.

Gallagher, Kevin M.

Garcia, Miranda & Gonzalez-Rua, P.A

Garland, Merrick

Griffin, Tim

Guard, John

Gurian Group, P.A.

Hilgers, Michael T.

Hill, Bridget

Hudak, Matthew

Immigration Reform Law Institute

Jaddou, Ur M.

Jackley, Marty J.

Johnson, Tae D.

Knudsen, Austin

Kobach, Kris

Labrador, Raúl

Landry, Jeff

Marshall, Stephen

Mayorkas, Alejandro

Miller, Troy

Minot, Martin J.

Miyares, Jason S.

Moody, Ashley

Monson, Darrick

Morrisey, Patrick

Moyle, Marie A.

Owens, Jason

Patel, Anita

Peachey, William C.

Percival, James H. II

Prada, Mark A.

Reuveni, Erez R.

Reyes, Sean D.

Rokita, Theodore E.

Ryan, Erin

State of Alabama

State of Alaska

State of Arkansas

State of Florida

State of Georgia

State of Idaho

USCA11 Case: 23-11528     Document: 113     Date Filed: 08/29/2025     Page: 7 of 10

*Florida v. United States*
*Nos. 23-11528, 23-11644*

State of Indiana

State of Iowa

State of Kansas

State of Louisiana

State of Mississippi

State of Missouri

State of Montana

State of Nebraska

State of North Dakota

State of Ohio

State of Oklahoma

State of South Carolina

State of South Dakota

State of Utah

State of West Virginia

State of Wyoming

Taylor, Treg

*Florida v. United States*
*Nos. 23-11528, 23-11644*

United States of America

U.S. Attorney's Office, Northern District of Florida

U.S. Citizenship and Immigration Services

U.S. Customs and Border Protection

U.S. Department of Homeland Security

U.S. Immigration and Customs Enforcement

U.S. Department of Justice, Civil Division

Ward, Brian C.

Wenski, Thomas G.

Wetherell, T. Kent II

Wilson, Alan

Wilson, Sarah

Whitaker, Henry C.

Wrigley, Drew

Yost, Dave

## CERTIFICATE OF COMPLIANCE

1.　　This document complies with Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), it contains 262 words.

2.　　This document complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27, 32(a)(5), and 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

　　　　　　　　　　　　　　　　*/s/ Elissa P. Fudim*
　　　　　　　　　　　　　　　　Trial Attorney

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, I electronically filed this document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

*/s/ Elissa P. Fudim*
Trial Attorney
